UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAS BERSAW, | : |
| Plaintiff, | :  Civil Action No. 1:14-CV-00081-JL |
| v. | : |
| ASSOCIATED CREDIT SERVICE, | : |
| Defendant. | : |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party. The dismissal is with prejudice. No interest, no costs, no further action for same cause.

For Plaintiff,

*/s/ Douglas Bersaw*
Douglas Bersaw, *pro se*
139 Tully Brook Road
Richmond, NH 03470

For Defendant,

*/s/ Gregory A. Moffett*
Gregory A. Moffett (NH Bar # 6873)
Preti, Flaherty, Beliveau & Pachios, PLLP
P.O. Box 1318
Concord NH 03302-1318
(603) 410-1500
gmoffett@preti.com

DATED: March 4, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on March  , 2014 I served the foregoing Stipulation to Dismiss with Prejudice to Plaintiff by regular U.S. First Class Mail, postage prepaid, to the following:

Douglas Bersaw
139 Tully Brook Road
Richmond, New Hampshire 03470
*Pro se*

                                         /s/ Gregory A. Moffett
                                         Gregory A. Moffett, NH Bar # 6873